424 A.2d 552

Commonwealth v. Bingham, Appellant.

Submitted March 23, 1979.   Alfred Hemmons, for appellant;  William H. Platt, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

PRICE, J., concurred in the result.

424 A.2d 552

Commonwealth v. Cavalieri, Appellant.

Submitted December 8, 1978.   Carol A. Meehan, Assistant Public Defender, for appellant;  Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

The judgment of sentence of the lower court is hereby affirmed.